JAIME PIERAS, JR.
   JUDGE

**FINANCIAL DISCLOSURE**

US COURTHOUSE AND POST OFFICE BUILDING
3RD FLOOR, SUITE #353
300 RECINTO SUR STREET
SAN JUAN, PUERTO RICO  00901
(787) 977-6050

August 19, 2004

Hon. Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure.
One Columbus Circle, N.E.
Washington, D.C.   20544

RE: Calendar Year 2003 Filing

Dear Judge Lisi:

   This letter is in response to your inquiry with regards to my 2003 Financial Disclosure Report.

1.   Part VII, page 1, line 9 - Redemption of "GNMA Pool #439734". I filled out Column C, by mistake. This item was completely disposed of, so please delete the letters "L" and "T" included in Column C. The information included in Column D is correct.

2.   Part VII, page 3, line 37 - Acquisition of "Bristol Myers". I left Column D(3) blank, by mistake. The value code that should be included in Column D(3) is "K". These shares were bought on September 12, 2003, through Smith Barney, at a total price of $19,941.52.

Thank you.

Sincerely,



Jaime Pieras, Jr.

lmm

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Pieras Jr., Jaime | 2. Court or Organization<br><br>U.S. District Court of P.R. | 3. Date of Report<br><br>5/15/2004 |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Senior District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>US Courthouse & Post Office Bd<br>300 Recinto Sur St., Suite 353<br>San Juan, PR 00901 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

**I. POSITIONS.**  (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

**II. AGREEMENTS.**  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 20 12 14 PM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pieras Jr., Jaime | 5/15/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pieras Jr., Jaime | 5/15/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. GNMA Pool # 068631 | B | Interest | J | T | | | | | |
| 2. GNMA Pool # 068266 | B | Interest | J | T | | | | | |
| 3. GNMA Pool # 100582 | A | Interest | J | T | | | | | |
| 4. GNMA Pool # 104698 | A | Interest | J | T | | | | | |
| 5. GNMA Pool # 190277 | A | Interest | J | T | | | | | |
| 6. GNMA Pool Lehman Bros. | C | Interest | L | T | | | | | |
| 7. GNMA Pool # 449379 | D | Interest | M | T | | | | | |
| 8. Shering Plough Corp. | A | Dividend | J | T | | | | | |
| 9. GNMA Pool # 439734 | D | Interest | L | T | redemption | 07/31 | L | A | Salomon smith Barney |
| 10. Chase Manhattan Bank | A | Dividend | K | T | | | | | |
| 11. Santos Ltd. | A | Dividend | J | W | | | | | |
| 12. Enron Corp. | A | Dividend | J | T | | | | | |
| 13. Intel Corp. | A | Dividend | J | T | | | | | |
| 14. Worldcom Inc. | A | Dividend | J | T | | | | | |
| 15. Aim Equity Funds | A | Dividend | J | T | | | | | |
| 16. American Online | A | Dividend | J | T | | | | | |
| 17. Ames Department Stores | A | Dividend | J | T | | | | | |
| 18. Apple Computer | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Clear Channel Communications | A | Dividend | J | T | | | | | |
| 20. Atmi, Inc. | A | Dividend | J | T | | | | | |
| 21. Compuware Corp. | A | Dividend | J | T | | | | | |
| 22. Dell Computer | A | Dividend | J | T | | | | | |
| 23. GAP | A | Dividend | J | T | | | | | |
| 24. Genzyme Corp. | A | Dividend | J | T | | | | | |
| 25. Interpublic Group Companies | A | Dividend | J | T | | | | | |
| 26. Intimate Brands | A | Dividend | J | T | | | | | |
| 27. Motorola | A | Dividend | J | T | | | | | |
| 28. Prudential Tax Free Money Fund | B | Interest | J | T | | | | | |
| 29. Target | C | Dividend | J | T | | | | | |
| 30. GNMA Pool # 529955 | E | Interest | O | T | | | | | |
| 31. Eaton Vance Tax Exempt Mutual Fund | B | Dividend | K | T | | | | | |
| 32. Hewlett Packard | A | Dividend | J | T | | | | | |
| 33. Citibank Bank Deposit Program | C | Interest | M | T | | | | | |
| 34. Puerto Rico Municipal Bond | D | Interest | M | T | | | | | |
| 35. US Strip Treasury Note | A | Interest | K | T | | | | | |
| 36. Structured Mortgage Product | E | Interest | N | T | buy | 01/23 | N | | Salomon smith Barney |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pieras Jr., Jaime | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Bristol Myers | A | Dividend | K | T | buy | 09/12 | | | Salomon smith Barney |
| 38. Washington Mutual | A | Dividend | K | T | buy | 09/12 | K | | Salomon smith Barney |
| 39. Popular Cap Preferred Stocks | D | Interest | M | T | buy | 10/31 | M | | Salomon smith Barney |
| 40. Popular Trust I | C | Interest | K | T | buy | 10/31 | K | | UBS Financial Services |

1. Income/Gain Codes        A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes        J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
        P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

NONE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Pieras Jr., Jaime | Date of Report<br><br>5/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544